RECEIVED

DEC 21 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-811 |
| | : | |
| | : | CONSENT |
| v. | : | ORDER AMENDING CONDITIONS |
| | : | OF RELEASE |
| | : | |
| OKSANA STRUSA | : | |

This matter being opened to the Court on application of defendant, Oksana Strusa (by Brian P. Reilly, Assistant Federal Public Defender), for an order amending the conditions of release previously set on November 19, 2009;

and those conditions having included, among other things, that defendant's travel be restricted to New Jersey and New York City;

and the government (by Brigham Cannon, Esquire, United States Department of Justice), consenting to this amendment of the conditions of release;

and good cause having been shown;

IT IS ORDERED this ___21st___ day of December, 2009, that the conditions of release shall be amended as follows:

1.    The defendant, Oksana Strusa, shall be permitted to travel to upstate New York and stay in Corinth, New York on December 31, 2009 and shall return to her residence in New Jersey on January 3, 2010.

2.     Defendant Oksana Strusa shall confirm her itinerary with Pretrial Services.

All other conditions previously set by this Court shall remain in full force and effect.

_____
~~HONORABLE JOEL A. PISANO~~
United States Magistrate Judge
DOUGLAS E. ARPERT