UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 09-811 (JAP) |
| v. : | CONTINUANCE ORDER |
| OKSANA STRUSA : | |

RECEIVED
APR 20 2010
AT 8:30
WILLIAM T. WALSH
CLERK

This matter having come before the Court on the joint application of the United States Department of Justice (Brigham Cannon, Esquire appearing), and defendant, Oksana Strusa (Brian P. Reilly, Assistant Federal Public Defender appearing) for an order granting a continuance of the proceedings in the above-captioned matter from April 15, 2010, to June 15, 2010, at the defendant's request, to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this __19__ day of April, 2010,

ORDERED that the period from April 15, 2010, through June 15, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
Honorable Joel A Pisano
United States District Judge

Form and entry
consented to:

_____
Brigham Cannon, Esquire
U.S. Department of Justice

_____
Brian P. Reilly, Esquire
Counsel for Defendant Oksana Strusa