RECEIVED
APR 02 2013
AT 8:30_____
WILLIAM T. WALSH —M
CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-811 (JAP) |
| | : | |
| | : | ORDER PERMITTING TRAVEL |
| v. | : | |
| | : | |
| | : | |
| OKSANA STRUSA | : | |

This matter being opened to the Court by defendant, Oksana Strusa, through her counsel, Brian P. Reilly, Assistant Federal Public Defender, for an order permitting travel to Ukraine on dates to be established;

and good and reasonable cause having been shown;

IT IS ORDERED this __2nd__ day of ~~March,~~ *April 2013* 2013, that the defendant Oksana Strusa may travel to Ukraine on dates to be established to leave in July ,2013 and to return to New Jersey by mid- August, 2013;

IT IS FURTHER ORDERED that the defendant Oksana Strusa must, before traveling, document to the satisfaction of the U.S. Probation Department and provide her travel itinerary, tickets purchased for departure and return, names addresses and contact numbers for locations she will be staying. to Pretrial Services before traveling.

_____
Honorable Joel A Pisano
United States District Judge